| No | IP Address | P2PClient | HitDateUTC (MM/DD/YY) | ISP | city | District | Province |
|---|---|---|---|---|---|---|---|
| 1 | 98.242.80.102 | Vuze 4.8.1.2 | 02/08/2013 12:47:14 AM | Comcast Cable | Marietta | Georgia Northern | Cobb |
| 2 | 98.192.118.104 | BitTorrent 7.7.3 | 02/07/2013 11:15:10 PM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |
| 3 | 98.251.47.8 | Vuze 4.8.1.2 | 02/07/2013 12:10:18 AM | Comcast Cable | Stone Mtn | Georgia Northern | DeKalb |
| 4 | 64.209.108.182 | µTorrent 3.2.3 | 02/05/2013 07:49:54 AM | Level 3 Comm. | Lawrenceville | Georgia Northern | Gwinnett |
| 5 | 98.242.64.190 | µTorrent 3.2.3 | 01/29/2013 05:09:15 AM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |
| 6 | 76.17.109.135 | µTorrent 3.2.2 | 01/25/2013 06:24:53 AM | Comcast Cable | Norcross | Georgia Northern | Gwinnett |
| 7 | 98.230.133.103 | Transmission 2.51 | 01/08/2013 02:40:22 PM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |
| 8 | 24.240.29.51 | Transmission 2.51 | 12/29/2012 06:47:47 PM | Charter Comm. | Suwanee | Georgia Northern | Gwinnett |
| 9 | 24.197.146.89 | Transmission 2.51 | 12/25/2012 06:02:29 PM | Charter Comm. | Buford | Georgia Northern | Gwinnett |
| 10 | 66.168.202.11 | Transmission 2.51 | 12/24/2012 11:24:57 PM | Charter Comm. | Suwanee | Georgia Northern | Gwinnett |
| 11 | 70.193.129.76 | libtorrent (Rasterbar) | 12/22/2012 03:19:27 AM | Verizon Wireless | Douglasville | Georgia Northern | Douglas |
| 12 | 98.242.64.190 | µTorrent 3.2.2 | 12/16/2012 01:39:22 PM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |
| 13 | 24.99.178.103 | BitTorrent 7.7.2 | 12/12/2012 11:41:02 AM | Comcast Cable | Atlanta | Georgia Northern | DeKalb |