**Registration Number**

# PA 1-820-005

**Effective date of registration:**

December 28, 2012

## Title

**Title of Work:** 6 Degrees Of Hell

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** November 27, 2012   **Nation of 1st Publication:** United States

**International Standard Number:** ISBN   57965-0333

## Author

- **Author:** Bruce H. Smith
  **Author Created:** entire motion picture
  **Work made for hire:** No

## Copyright claimant

**Copyright Claimant:** Breaking Glass Pictures

133 N 4th Street, Philadelphia, PA, 19106

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** script/screenplay, preexisting footage, preexisting photograph(s), preexisting music

**New material included in claim:** all other cinematographic material, additional new footage, production as a motion picture, new narration, editing

## Rights and Permissions

**Organization Name:** Breaking Glass Pictures

**Email:** evan@bgpics.com    **Telephone:** 267-324-3934

**Address:** 133 N 4th St

Philadelphia, PA 19106  United States

## Certification

|  |  |
|---:|:---|
| **Name:** | Evan Gusz |
| **Date:** | December 3, 2012 |
| **Applicant's Tracking Number:** | 6degreesof hell |

---

|  |  |
|---:|:---|
| **Correspondence:** | Yes |

**Registration #:** PA0001820005

**Service Request #:** 1-859331005

Breaking Glass Pictures
Evan Gusz
133 N 4th St
Philadelphia, PA 19106  United States